In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-15-00349-CR**

_____

**CLIFFORD SANDERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Jefferson County, Texas**
**Trial Cause No. 305878**

**MEMORANDUM OPINION**

On September 1, 2015, the Court notified the parties that our jurisdiction was not apparent from the notice of appeal and the Court would dismiss the appeal for want of jurisdiction unless we received a response showing grounds for continuing the appeal. No response has been filed.

The notice of appeal seeks to appeal the regional presiding judge's denial of a motion to recuse. The order is not appealable prior to conviction. *See Green v. State*, 374 S.W.3d 434, 445-46 (Tex. Crim. App. 2012); *Apolinar v. State*, 820

1

S.W.2d 792, 794 (Tex. Crim. App. 1991); *Means v. State*, 825 S.W.2d 260, 260-61 (Tex. App.—Houston [1st Dist.] 1992, no pet.). Accordingly, we dismiss the appeal for want of jurisdiction.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on September 29, 2015
Opinion Delivered September 30, 2015
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.

2